## 31346. TYLER v. PARKER.

PER CURIAM.

This is a land line and entitlement to timber proceeds dispute. A judgment for the defendant was entered upon a verdict of the jury and the plaintiff appeals.

We have carefully reviewed the evidence and enumerations of error and find them to be without merit.

*Judgment affirmed. All the Justices concur.*

ARGUED JULY 13, 1976 — DECIDED SEPTEMBER 7, 1976.

*Bennett, Saliba & Wisenbaker, Reginald C. Wisenbaker,* for appellant.

*Barham & Bennett, Ed G. Barham, Willis L. Miller, III,* for appellees.